IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

*So Ordered.*

*s/ Christopher A. Boyko*
Senior United States District Judge

| | |
|---|---|
| **JANET STEFAN**, individually and on behalf of all others similarly situated, | CASE NO.: 1:23-cv-02371 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| **B'LASTER LLC**, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to Federal Civil Rule 41(a)(1)(A)(ii), we the attorneys for the undersigned parties, stipulate that the Complaint may be dismissed with prejudice, each party to bear its own costs, and that the Court may enter an order accordingly, notice by the Clerk being waived.

Respectfully submitted,

*/s/* James L. Simon
James L. Simon (OH#0089483)
Simon Law Co.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Phone:    (216) 816-8696
Email:    james@simonsayspay.com

*Attorneys for Plaintiff, Janet Stefen, individually and on behalf of all others similarly situated*

Respectfully submitted,

*/s/* Madilyn M. Maruna
Michael C. Cohan (0013542)
Max E. Dehn (0079600)
Madilyn M. Maruna (0098386)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East 9th Street, 20th Floor
Cleveland, Ohio 44114
Phone:    (216) 621-7860
Fax:      (216) 621-3415
Email:   mcohan@cavitch.com
         mdehn@cavitch.com
         mmaruna@cavitch.com

*Attorneys for Defendant, B'Laster LLC*